IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                                PLAINTIFF
ADC # 114018

v.                              CASE NO. 3:20-CV-00235-BSM

HAROLD PERRIN                                                                    DEFENDANT

## ORDER

Gary Webster's motions for copies [Doc. Nos. 5, 6] is granted and the clerk is directed to send Webster the docket sheet and docket entries 1, 2, 3, 4, 5, and 6, as well as this order.

Webster's motion to proceed *in forma pauperis* [Doc. No. 1] is denied. Webster has received at least three strikes under PLRA. *See Webster v. Does*, 3:19-cv-00059-DPM (E.D. Ark. filed March 20, 2019); *Webster v. Pigg*, 3:19-cv-00060-DPM (E.D. Ark. filed March 20, 2019); *Webster v. Day Inn, Motels, Inc., et al.*, 3:19-cv-00078-DPM (E.D. Ark. filed March 20, 2019). Based on the allegations in his complaint [Doc. No. 2], it does not appear that Webster is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

This case is dismissed without prejudice. If Webster wants to pursue these claims, he must first pay the filing fee of $400 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE