IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                 **PLAINTIFF**
**ADC # 114018**

v.                                          **CASE NO. 3:20-CV-00235-BSM**

**HAROLD PERRIN**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE